**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 21, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––
WD77459      Lacey Heather Walker vs. Louis Edward Walker
WD77561      Linda S. Stramel vs. Stanley J. Stramel


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––
None